384 A.2d 989

Commonwealth v. Morrow, Appellant.

Argued November 21, 1977.
Louis Pomerico, for appellant; Howard H. Klebe, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.